## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MARY DOE, et al.,<br><br>    Plaintiffs-Appellees,<br><br>    v.<br><br>TODD BLANCHE, in his official capacity as Attorney General of the United States; and WILLIAM MARSHALL, in his official capacity as Director of the Federal Bureau of Prisons,<br><br>    Defendants-Appellants. | No. 26-5238 |

## CERTIFICATE OF PARTIES, RULINGS, AND RELATED CASES

Pursuant to D.C. Circuit Rule 28(a)(1), the undersigned counsel certifies as follows:

### A.    Parties and Amici

Plaintiffs in district court, and appellees here, are 14 inmates in the custody of the Federal Bureau of Prisons (BOP).   With the permission of the district court, those inmates are proceeding pseudonymously in this litigation.  *Jones*, Dkts. 14, 47; *Doe*, Dkt. 7; *Moe*, Dkts. 7, 67.   Their pseudonyms are Emily Doe, Lois Doe, Mary Doe, Olivia Doe, Rachel Doe,

Sally Doe, Sara Doe, Wendy Doe, Zoe Doe, Amy Jones, Barbara Jones, Carla Jones, Jane Jones, and Maria Moe.[1]

In all three consolidated cases, defendants in district court, and appellants here, are Todd Blanche, in his official capacity as Acting Attorney General of the United States; and William K. Marshall, III, in his official capacity as Director of BOP.[2]

In *Moe v. Trump*, defendants in district court, and appellants here, also include Donald J. Trump, in his official capacity as President of the United States. In *Jones v. Bondi*, plaintiffs' original complaint also listed Donald J. Trump, in his official capacity as President of the United States, as a defendant. The *Jones* plaintiffs later omitted President Trump as a defendant in filing their Amended Complaint, and the President is thus no longer a party in that case.

---

[1] Six additional individuals (Sophia Doe, Susan Doe, Jane Doe, Ellen Doe, Tori Doe, and Donna Jones) were originally plaintiffs in this action but are no longer part of the case

[2] These actions were originally brought against defendant James R. McHenry, III, in his official capacity as Acting Attorney General of the United States, and defendant William Lothrop, in his official capacity as Acting Director of BOP. Attorney General Pamela Bondi was automatically substituted as a party, and subsequently Director Marshall and Acting Attorney General Blanche were automatically substituted as parties. *See* Fed. R. Civ. P. 25(d); Fed. R. App. P. 43(c)(2).

There were no *amici curiae* in district court, and none have entered an appearance before this Court in this appeal. Three individuals have moved to intervene in district court: Brenda Leigh Kirk, Jasmine Meabon, Jessica Clemencio Morais.

In a previous appeal in this case, the list of participating amici consisted of: a group of former corrections officials;[3] Dee Deidre Farmer, Lambda Legal Defense and Education Fund, Advocates for Transgender Equality Education Fund, Transgender Law Center, and The Center for Constitutional Rights; two groups of States;[4] and a group of law professors.[5] There were also two movants in this Court whose motions to participate as

---

[3] James Austin, Martin F. Horn, Steve J. Martin, Richard Morgan, Dan Pacholke, Emmitt Sparkman, Phil Stanley, and Eldon Vail.

[4] Massachusetts, California, Delaware, Hawaii, Illinois, Maine, Maryland, Minnesota, New York, Oregon, Rhode Island, Vermont, and the District of Columbia; and Idaho, Indiana, Alabama, Alaska, Arkansas, Florida, Georgia, Iowa, Kansas, Kentucky, Louisiana, Mississippi, Missouri, Montana, Nebraska, North Dakota, Ohio, Oklahoma, South Carolina, South Dakota, Texas, Utah, Virginia, West Virginia, Wyoming, and the Arizona Legislature.

[5] Margo Schlanger, Andrea Armstrong, Paulina D. Arnold, Shirin Bakhshay, W. David Ball, Erin R. Collins, D Dangaran, Sharon Dolovich, Avlana K. Eisenberg, Malcolm M. Feeley, Eric S. Fish, Betsy Ginsberg, Nicole B. Godfrey, Cynthia Godsoe, Danielle C. Jefferis, Issa Kohler-Hausmann, Grace Y. Li, Aaron Littman, Zina Makar, Michael B. Mushlin, Reena Parikh, Judith Resnik, Ira P. Robbins, Laura Rovner, David Rudovksy, Shanda Sibley, Jonathan Simon, Ji Seon Song, and Anna VanCleave.

amicus curiae were denied:  Rhonda Fleming and Women's Liberation Front.

**B.      Ruling Under Review**

The ruling under review is the district court's opinion and order granting a preliminary injunction (Dkts. 147, 148, 150) in *Doe v. Blanche*, No. 1:25-cv-286 (D.D.C.), issued on June 7, 2026, by the Hon. Royce C. Lamberth.   The court's opinion is available at *Doe v. Blanche*, No. 1:25-CV-286-RCL, 2026 WL 1642068 (D.D.C. June 7, 2026).

**C.      Related Cases**

These three consolidated cases have previously been before this Court in a consolidated appeal from previous preliminary-injunction orders.   *See Doe v. Blanche*, No. 25-5099 (D.C. Cir.) (lead case) (member cases: Nos. 25-5101, 25-5108, 25-5210, 25-5213, 25-5215, 25-5304, 25-5305, 25-5306, 25-5419, 25-5420, 25-5427, 26-5066, 26-5067, 26-5069).   The Court issued its decision in that appeal on April 17, 2026.   *See Doe v. Blanche*, 172 F.4th 901 (D.C. Cir. 2026) (vacating preliminary injunctions).

Counsel are aware of one related case within the meaning of D.C. Circuit Rule 28(a)(1)(C):   *Kingdom v. Trump*, Nos. 26-5181, 26-5236 (D.C. Cir.) (No. 1:25-cv-691 (D.D.C).

Respectfully submitted,

CHARLES W. SCARBOROUGH
 /s/ *McKaye L. Neumeister*
McKAYE L. NEUMEISTER
DOMENIC A. CANONICO
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Room 7231
  Washington, D.C. 20530
  (202) 305-1754

JULY 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2026, I caused to be filed with the Court and served on opposing counsel through the CM/ECF system the foregoing CERTIFICATE OF PARTIES, RULINGS, AND RELATED CASES.

*/s/ McKaye L. Neumeister*
McKaye L. Neumeister
Counsel for Defendants-Appellants