[NOT YET SCHEDULED FOR ORAL ARGUMENT]

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MARY DOE, et al., <br><br>            Plaintiffs-Appellees, <br><br>         v. <br><br> TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; and WILLIAM K. MARSHALL III, in his official capacity as Director of the Federal Bureau of Prisons, <br><br>            Defendants-Appellants. | No. 26-5238 |

## UNOPPOSED MOTION FOR EXPEDITED
## BRIEFING AND ARGUMENT

For the following reasons, the government respectfully requests that the Court set the following expedited briefing schedule and hear oral argument in this appeal as early as possible next Term:

| | |
|---|---|
| Government's opening brief and appendix: | August 14, 2026 |
| Plaintiffs' answering brief: | September 22, 2026 |
| Government's reply brief: | October 9, 2026 |

**1.** Plaintiffs are trans-identifying male inmates in BOP custody who are housed in female prison or halfway house facilities. Plaintiffs brought these actions against the government to challenge their forthcoming transfers to male facilities, and any changes in their medical treatment, following the issuance of Executive Order 14168 on January 20, 2025. *See*

Executive Order 14168, *Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*, 90 Fed. Reg. 8615 (Jan. 30, 2025). Among other things, the Order directs the Bureau of Prisons (BOP) to ensure that biological males are not housed in women's prisons, *id.* § 4(a), and that federal funds are not expended for "any medical procedure, treatment, or drug for the purpose of conforming an inmate's appearance to that of the opposite sex," *id.* § 4(c).

Plaintiffs filed three actions in district court, and obtained preliminary injunctions enjoining BOP from implementing the relevant sections of the Executive Order against plaintiffs and requiring BOP to maintain and continue the plaintiffs' housing status in female facilities. *See Doe v. Blanche*, No. 25-cv-286 (D.D.C.), Dkts. 23, 44, 55, 68; *Jones v. Blanche*, No. 25-cv-401 (D.D.C.), Dkts. 28, 46; *Moe v. Trump*, No. 25-cv-653 (D.D.C.), Dkt. 62. This Court recently vacated those preliminary injunctions. *See Doe v. Blanche*, 172 F.4th 901 (D.C. Cir. 2026). The district court subsequently consolidated the cases, *see Doe*, Dkt. 115, and issued a new preliminary injunction, *see Doe*, Dkt. 147, which is the subject of this appeal.

**2.** The government is currently enjoined from transferring plaintiffs to male facilities, in accordance with Executive Branch policy as established in Executive Order 14168. The government respectfully requests

that this Court set an expedited briefing schedule that will allow the Court to

hear oral argument as early as possible next Term:

| | |
|---|---|
| Government's opening brief and appendix: | August 14, 2026 |
| Plaintiffs' answering brief: | September 22, 2026 |
| Government's reply brief: | October 9, 2026 |

**3.** Counsel for plaintiffs have authorized the undersigned to

represent that plaintiffs agree to the expedited schedule proposed herein.

Respectfully submitted,

CHARLES W. SCARBOROUGH
 /s/ *McKaye L. Neumeister*
MCKAYE L. NEUMEISTER
DOMENIC A. CANONICO
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Room 7231
  Washington, D.C. 20530
  (202) 305-1754

JULY 2026

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 392 words. This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in Georgia 14-point font, a proportionally spaced typeface.

*/s/ McKaye L. Neumeister*
McKaye L. Neumeister

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2026, I electronically filed the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ McKaye L. Neumeister*
McKaye L. Neumeister