# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 26-5238**                                    **September Term, 2025**

**1:25-cv-00286-RCL**

**Filed On: July 7, 2026** [2182195]

Jane Doe, et al.,

      Appellees

    v.

Todd Blanche, in his official capacity as
Acting Attorney General of the United
States and William K. Marshall, III, in his
official capacity as Director of the Federal
Bureau of Prisons,

      Appellants

## O R D E R

Upon consideration of the unopposed motion for expedited briefing, it is

**ORDERED** that the following briefing schedule will apply in this case:

| | |
|---|---|
| Appellants' Brief | August 14, 2026 |
| Appendix | August 14, 2026 |
| Appellees' Brief | September 22, 2026 |
| Appellants' Reply Brief | October 9, 2026 |

The parties will be informed later of the date of oral argument and the composition of the merits panel. All issues and arguments must be raised by appellants in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

To enhance the clarity of their briefs, the parties are cautioned to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Internal Procedures 42 (2025); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 26-5238**                              **September Term, 2025**

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due.  Filing by mail could delay the processing of the brief. Additionally, parties are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail.  See Fed. R. App. P. 25(a).  All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover.  See D.C. Cir. Rule 28(a)(8).

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Catherine J. Lavender
Deputy Clerk