# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5238** **September Term, 2025**

**1:25-cv-00286-RCL**

**Filed On:** August 14, 2026

Jane Doe, et al.,

Appellees

v.

Todd Blanche, in his official capacity as Attorney General of the United States and William K. Marshall, III, in his official capacity as Director of the Federal Bureau of Prisons,

Appellants

**BEFORE:** Millett, Walker, and Pan, Circuit Judges

**O R D E R**

Upon consideration of the emergency motion for leave to intervene, it is

**ORDERED** that responses to the motion be filed by 5:00 p.m. on Wednesday, August 19, 2026. Any reply is due by 5:00 p.m. on Thursday, August 20, 2026.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Selena R. Gancasz
Deputy Clerk