# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5238** **September Term, 2026**

**1:25-cv-00286-RCL**

**Filed On: October 2, 2026** [2196167]

Jane Doe, et al.,

Appellees

v.

Todd Blanche, in his official capacity as Attorney General of the United States and William K. Marshall, III, in his official capacity as Director of the Federal Bureau of Prisons,

Appellants

------------------------------

Consolidated with 26-5311

**O R D E R**

Upon consideration of the government's unopposed motion for a 7-day extension of time to file the reply brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these cases:

| | |
|---|---|
| Appellants' Reply Brief | October 16, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk