# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5238** **September Term, 2026**

**1:25-cv-00286-RCL**

**Filed On: November 14, 2026** **[2203325]**

Jane Doe, et al.,

Appellees

v.

Todd Blanche, in his official capacity as Attorney General of the United States and William K. Marshall, III, in his official capacity as Director of the Federal Bureau of Prisons,

Appellants

------------------------------

Consolidated with 26-5311

**O R D E R**

Upon consideration of the motion of amici curiae Brenda Leigh Kirk, et al. for leave to participate in oral argument, it is

**ORDERED** that the motion be granted. The following times are allotted for the oral argument of these cases scheduled for November 20, 2026, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellants | - | 10 Minutes |
| Amici Curiae | - | 5 Minutes |
| Appellees | - | 15 Minutes |

One counsel per side to argue. The panel considering these cases will consist of Chief Judge Srinivasan, and Circuit Judge Katsas and Walker.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by November 16, 2026.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)